UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LAURA A. DRISCOLL,<br><br>    PLAINTIFF,<br><br>v.<br><br>55 COOPER STREET OPERATIONS LLC D/B/A HERITAGE HALL NORTH, GENESIS HEALTHCARE, LLC AND LEO CHERNY,<br><br>    DEFENDANTS. | CIVIL ACTION NO. 3:15-cv-30144-MGM |

**DEFENDANT GENESIS HEALTHCARE LLC'S**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Local Rule 7.3(A), Defendant Genesis HealthCare LLC ("Defendant"), by its undersigned counsel, states that no publicly traded entity has direct ownership in Defendant; however, Genesis Healthcare, Inc., a publicly traded entity has an indirect ownership interest in Defendant.

    Respectfully submitted,

    **GENESIS HEALTHCARE LLC,**

    By its attorneys,

    /s/ Ilisa S. Clark
    Ilisa S. Clark (BBO #558672)
    Littler Mendelson, P.C.
    One International Place, Suite 2700
    Boston, MA 02110
    617-378-6000 main
    617-507-5661 fax
    isclark@littler.com

Dated: January 4, 2016

## CERTIFICATE OF SERVICE

I, Ilisa S. Clark, hereby certify that on this 4th day of January, 2016, the foregoing Corporate Disclosure Statement was filed electronically through the ECF system, is available for viewing and downloading from the ECF system, and will be sent electronically to those registered participants and via first class mail to those identified as non-registered participants.

/s/ Ilisa S. Clark
Ilisa S. Clark