UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LAURA A. DRISCOLL,<br><br>      PLAINTIFF,<br><br>      v.<br><br>55 COOPER STREET OPERATIONS LLC<br>D/B/A HERITAGE HALL NORTH,<br>GENESIS HEALTHCARE, LLC AND<br>LEO CHERNY,<br><br>      DEFENDANTS. | CIVIL ACTION NO. 3:15-cv-30144-MGM |

## ASSENTED-TO MOTION TO CONTINUE SCHEDULING CONFERENCE

Defendants 55 Cooper Street Operations LLC D/B/A Heritage Hall North and Genesis Healthcare LLC[1] ("Defendants") by and through its undersigned counsel, with the assent of Plaintiff, hereby respectfully request that this Court continue the Scheduling Conference from February 16, 2016 to March 9, 10 or 11, or the first available day thereafter as convenient for the Court. In support hereof, Defendants state as follows:

1. On January 12, 2016, the Court issued a Notice of Scheduling Conference, setting the Conference for February 16, 2016 [Docket No. 14].

2. Counsel for Defendants has preexisting travel plans to be out of the country beginning February 12, 2016 through February 23, and is therefore unavailable to attend the Scheduling Conference on the 16th.

3. Counsel for Defendants has conferred with counsel for Plaintiff, who assents to this request and determined that both parties are available on March 9, 10 and 11, 2016.

4. The Parties will file their Local Rule 16.1 Joint Statement no later than seven (7) business days prior to the scheduling conference.

---

[1] Plaintiff erroneously named Genesis Healthcare, LLC as a party in the Complaint. Genesis Healthcare, LLC did not employ Plaintiff.

WHEREFORE, Defendants respectfully request that this Court continue the Scheduling Conference and the deadline for filing the Joint Statement.

Respectfully submitted,

55 COOPER STREET OPERATIONS LLC D/B/A HERITAGE HALL NORTH and GENESIS HEALTHCARE, LLC,

By their attorneys,

/s/ Ilisa S. Clark
Ilisa S. Clark (BBO #558672)
Littler Mendelson, P.C.
One International Place, Suite 2700
Boston, MA  02110
617-378-6000 main
617-507-5661 fax
isclark@littler.com

Dated:  January 22, 2016

## CERTIFICATE OF SERVICE

I, Ilisa S. Clark, hereby certify that on this 22nd day of January 2016, the foregoing document was filed electronically through the ECF system, is available for viewing and downloading from the ECF system, and will be sent electronically to those registered participants and via first class mail to those identified as non-registered participants.

/s/ Ilisa S. Clark
Ilisa S. Clark